UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS STEVEN RAY PARKER,

    Plaintiff,

v.

DANIEL WHITE, et al.,

    Defendants.

CASE NO. 3:18-cv-05093-BHS-DWC

ORDER GRANTING LIMITED DISCOVERY

Plaintiff Dennis Steven Ray Parker, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983.

Plaintiff's Complaint makes allegations against 12 Defendants. Dkt. 8. However, he only provided the names for two of those Defendants, naming the rest as John Doe Defendants. *Id*. Because of this, the Court ordered Plaintiff to show cause or provide a list of the names and/or other identifying information for his John Doe Defendants. Dkt. 10. In response, Plaintiff filed several sets of interrogatories. Dkts. 11, 12. Plaintiff subsequently filed a Motion to Compel (Dkt. 16), which the Court denied because the discovery period had not yet commenced (Dkt. 24). The two named Defendants have now filed a Motion to Dismiss. Dkt. 25.

In light of the foregoing, it is apparent that Plaintiff needs additional information from Defendants in order to properly name his John Doe Defendants, and the Court needs additional information from Plaintiff so the Clerk may properly serve Plaintiff's John Doe Defendants. Therefore, it is ORDERED:

1) The Court authorizes discovery for the limited purpose of identifying Plaintiff's John Doe Defendants. Plaintiff my serve interrogatories and/or requests to produce on Defendants only for this limited purpose.

2) The limited discovery shall be completed by **August 31, 2018.** Service of responses to interrogatories and to requests to produce shall be completed by this date. Federal Rule of Civil Procedure 33(a) requires answers or objections to be served within thirty (30) days after service of the interrogatories. The serving party, therefore, must serve his/her interrogatories at least thirty (30) days before the deadline in order to allow the other party time to answer. Thus, Plaintiff must send his interrogatories to Defendants by **August 1, 2018**.

3) The Clerk is directed to renote Defendants Motion to Dismiss (Dkt. 25) for August 24, 2018.

4) The Clerk is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

Dated this 16th day of July, 2018.

David W. Christel
United States Magistrate Judge