UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS STEVEN RAY PARKER,<br><br>           Plaintiff,<br><br>    v.<br><br>DANIEL WHITE et al.,<br><br>           Defendant. | CASE NO. C18-5093 BHS-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 49. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Plaintiff's Motion for Default Judgment, Dkt. 42, is **DENIED.**

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

ORDER - 1

Dated this 28th day of November, 2018.

BENJAMIN H. SETTLE
United States District Judge