UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS STEVEN RAY PARKER, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL WHITE, et al., <br><br> Defendants. | CASE NO. C18-5093 BHS-DWC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 52. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's Second Motion for Default Judgment, Dkt. 50, is **DENIED**.

Dated this 17th day of December, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER