# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DENNIS STEVEN RAY PARKER,<br><br>              Plaintiff,<br>v.<br><br>DANIEL WHITE, et al.,<br><br>              Defendant. | CASE NO. C18-cv-5093 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 68. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2) Plaintiff's Motion for Default, Dkt. 63, is **DENIED**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 19th day of March, 2019.

BENJAMIN H. SETTLE
United States District Judge