UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS STEVEN RAY PARKER,

    Plaintiff,

v.

DANIEL WHITE, et al.,

    Defendants.

CASE NO. C18-cv-5093-BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 69. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' Motion to Dismiss, Dkt. 25, is **GRANTED.** Defendants White and Longano are dismissed from the case and Plaintiff's remaining claims against John Doe Defendants are dismissed without prejudice;

(3)     Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of appeal; and

ORDER - 1

(4) The Clerk shall enter **JUDGMENT** and close this case. The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 2nd day of April, 2019.

BENJAMIN H. SETTLE
United States District Judge